BARBARA CRAY, ESQ.(Bar #88181)
LAW OFFICES OF BARBARA CRAY
303 Twin Dolphin Dr., 6th Floor
Redwood Shores, California 94065
(650) 654-2729
(650) 654-2727 (facsimile)

Attorneys for Plaintiff
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., a National Banking Association,<br><br>            Plaintiff,<br><br>vs.<br><br>FEDERAL RESERVE BANK OF SAN FRANCISCO,<br>            Defendant.<br>_____ | Case No. CV 07 6043 EMC<br><br>**FIRST AMENDED COMPLAINT FOR BREACH OF WARRANTY** |

Plaintiff Wells Fargo Bank, N.A., for its Complaint against defendant Federal Reserve Bank of San Francisco, alleges as follows.

**GENERAL ALLEGATIONS**

1.      Plaintiff Wells Fargo Bank, N.A. is, and at all times herein mentioned was, a national banking association organized and existing under the laws of the United States, and authorized to do business in the State of California.  Wells Fargo will hereinafter be referred to as "plaintiff" or "Wells Fargo."

_____
**FIRST AMENDED COMPLAINT FOR BREACH OF WARRANTY**                                                         1

2. Wells Fargo is informed and believes, and on that basis alleges, that defendant Federal Reserve Bank of San Francisco is a federal reserve bank established under the Federal Reserve Act, 11 U.S.C. Section 221 et seq., and is authorized to and is doing business in the City and County of San Francisco, State of California. Defendant Federal Reserve Bank of San Francisco will hereinafter be referred to as "defendant."

3. This Court has original jurisdiction of this action pursuant to 28 U.S.C. Section 1331 in that this action arises under the laws of the United States, specifically The Check Clearing for the 21st Century Act, 12 U.S.C. Section 5001 et seq. (hereinafter "Check 21").

4. Venue is proper in this judicial district in that defendant resides in this judicial district.

## FACTUAL ALLEGATIONS

5. On or about May 23, 2007, American Express Centurion Bank (hereinafter "American Express Bank") handled for collection a check in the amount of $17,933.00 to the account of Srijoni Enterprises (hereinafter "the Check"). The Check was purportedly drawn on the account of Brookplace LLC held at Wells Fargo.

6. The Check was counterfeit.

7. Rather than collect the actual Check through the Federal Reserve System for ultimate payment by Wells Fargo, pursuant to the provisions of Check 21, American Express Bank truncated the Check by creating a an electronic item for the Check (and which actual item will hereinafter be referred to as "the Electronic Item"). Pursuant to Check 21, upon creation of an electronic item by a financial institution, the electronic item is forwarded for payment through the Federal Reserve System. Ultimately, that electronic item may be converted from and electronic item to a substitute check by a Federal Reserve Bank and presented to the drawee of the check for payment. The

---

**FIRST AMENDED COMPLAINT FOR BREACH OF WARRANTY**                                2

principal purpose of Check 21 is to grant legal equivalency of the substitute check created from the electronic item. The substitute check is the legal equivalent of the original paper check from which the electronic item was created.

      8.      To create the Electronic Item, American Express Bank was required to accurately capture certain information from the Check, including information from the magnetic ink character recognition ("MICR") line from the Check, and to create an electronic image of the front and back of the Check.

      9.      The MICR line created by American Express Bank on the Electronic Item was defective in that the number of the check was placed in the processing field of the Check instead of the auxiliary on-us field on the Check..

      10.      American Express Bank forwarded the Electronic Item containing the defect in the MICR Line to the M & I Marshall & Isley Bank. M & I Marshall & Isley Bank forwarded the Electronic Item containing the defect in the MICR Line to the Federal Reserve Bank of Chicago (hereinafter "Chicago Fed"). The Electronic Item received by Chicago Fed contained the defect in the MICR line that was carried forward on the Electronic Item sent to defendant, and then to the substitute check (hereinafter "the Substitute Check") created by defendant therefrom and presented by defendant to Wells Fargo for payment

      11.      On or about May 24, 2007, the Substitute Check was presented to Wells Fargo by defendant.

      12.      As a result of the defective MICR line created by American Express Bank on the Electronic Item that was carried forward to the Substitute Check presented to Wells Fargo by defendant, Wells Fargo was unable to timely process the and return the check by the midnight deadline.

---

**FIRST AMENDED COMPLAINT FOR BREACH OF WARRANTY**          3

13. Wells Fargo became accountable for the Substitute Check and suffered a loss in the amount of the Substitute Check because it was unable to timely dishonor the Substitute Check.

## FIRST CAUSE OF ACTION

### Breach of Warranty

14. Plaintiff incorporates the allegations of paragraphs 1 through 13 herein as though fully set forth.

15. Pursuant to Check 21 and Regulation CC Section 229.53, 12 C.F.R. Section 229.53, in presenting the Substitute Check to Well Fargo for payment, defendant made certain presentment warranties to Wells Fargo, including the warranty that the Substitute Check accurately represents all of the information on the front and back of the original check as of the time the check was truncated, including, without limitation, the MICR line information.

16. In presenting the Substitute Check to Wells Fargo for payment, defendant breached this warranty regarding the accuracy of the MICR line information.

17. As a result of defendant's breach of warranty, Wells Fargo has suffered damages in the amount of the Substitute Check of $17,933.00, plus pre-judgment interest thereon from May 24, 2007, plus attorney's fees, costs, wrongfully charged fees, and other expenses of representation, recovery of which is provided for upon a breach of warranty pursuant to Section 229.56 of Regulation CC, 12 C.F.R. Section 229.56.

18. Wells Fargo has made written demand on defendant to comply with its warranty obligations, but defendant has refused to so comply.

WHEREFORE, Wells Fargo prays for judgment as hereinafter set forth.

/ /

/ /

---

**FIRST AMENDED COMPLAINT FOR BREACH OF WARRANTY**     4

**PRAYER FOR RELIEF**

WHEREFORE, plaintiff Wells Fargo prays for judgment as follows:

1. For damages in the amount of $17,933.00, plus pre-judgment interest thereon from May 24, 2007;

2. For attorney's fees, costs, wrongfully charged fees, and other expenses of representation;

3. For attorney's fees and costs of suit incurred herein;

4. For such other and further relief and the Court deems just and proper.

LAW OFFICES OF BARBARA CRAY

Dated: January 14, 2008                By:  /s/ Barbara Cray
                                            BARBARA CRAY
                                            Attorneys for Plaintiff
                                            WELLS FARGO BANK, N.A.

**FIRST AMENDED COMPLAINT FOR BREACH OF WARRANTY**                                5