BARBARA CRAY, ESQ.(Bar #88181)
LAW OFFICES OF BARBARA CRAY
303 Twin Dolphin Dr., 6th Floor
Redwood Shores, CA 94065
(650) 654-2729
(650) 654-2727 (facsimile)

Attorneys for Plaintiff
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A.,<br><br>        Plaintiff,<br><br>vs.<br><br>FEDERAL RESERVE BANK OF SAN FRANCISCO,<br><br>        Defendant. | Case No. C 07 6043 EMC<br><br>**CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: January 14, 2008                                LAW OFFICES OF BARBARA CRAY

                                                                                     /s/ Barbara Cray
                                                                                     Attorneys for Plaintiff
                                                                                      WELLS FARGO BANK, N.A.

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**                                                              1