UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, ETC., | No. C07-6043 EMC |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| FEDERAL RESERVE BANK OF SAN FRANCISCO, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

**YOU ARE NOTIFIED THAT** the Case Management Conference set for March 12, 2008 at 1:30 p.m. is reset for **April 30, 2008 at 1:30 p.m.** before Magistrate Judge Edward M. Chen, in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. A Joint Case Management Conference Statement shall be filed by **April 23, 2008**. Plaintiff shall serve a copy of this notice to defendant.

Dated: March 4, 2008                           FOR THE COURT,

                                               Richard W. Wieking, Clerk

                                               by: _____
                                                   Betty Fong
                                                   Courtroom Deputy