**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, ETC., | No. C07-6043 EMC |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| FEDERAL RESERVE BANK OF SAN FRANCISCO, | |
| Defendant. _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

**YOU ARE NOTIFIED THAT** the Case Management Conference set for April 30, 2008 at 1:30 p.m. is reset for **June 25, 2008 at 1:30 p.m.** before Magistrate Judge Edward M. Chen, in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.  A Joint Case Management Conference Statement shall be filed by **June 18, 2008**.  Plaintiff shall serve a copy of this notice to defendant.

Dated: April 7, 2008                    FOR THE COURT,

                            Richard W. Wieking, Clerk


                    by:  _____
                            Betty Fong
                            Courtroom Deputy