BARBARA CRAY, ESQ.(Bar #88181)
LAW OFFICES OF BARBARA CRAY
303 Twin Dolphin Dr., 6th Floor
Redwood Shores, CA 94065
(650) 654-2729
(650) 654-2727 (facsimile)

Attorneys for Plaintiff
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., )<br>)<br>       Plaintiff, )<br>)<br>vs. )<br>)<br>FEDERAL RESERVE BANK OF SAN )<br>FRANCISCO, )<br>)<br>       Defendant. )<br>_____) | Case No.  C 07 6043 EMC<br><br>**NOTICE OF DISMISSAL OF COMPLAINT** |

     Plaintiff Wells Fargo Bank, N.A. hereby provides notice of dismissal, and voluntarily dismisses, the Complaint filed in this action pursuant to Federal Rule of Procedure 41(a).

                                         LAW OFFICES OF BARBARA CRAY

Dated: April 28, 2008            By: /s/ Barbara Cray
                                            BARBARA CRAY
                                            Attorneys for Plaintiff